## JOHN BOOTON *versus* EDWARD W. MILLER

JOURNAL ENTRIES (1815–17): *Journal 2:* (1) Rule to bring body *p. 441; (2) declaration filed, rule to plead, continued *p. 472; (3) special bail *p. 482; (4) depositions filed *p. 499; (5) cognovit, judgment, execution stayed *p. 508; (6) entry re special bail ordered amended *p. 512; (7) death suggested, administrators admitted as plaintiffs *p. 536.

PAPERS IN FILE: (1) Precipe for writ; (2) capias and return; (3) declaration; (4) commission to take deposition, deposition of George Williamson; (5) draft of journal entry; (6) precipe for ca. sa.; (7) writ of ca. sa. and return.

*Office Docket*, MS p. 7, c. 3; p. 35, c. 7; p. 59, c. 1.